RITZ REALTY CORPORATION, respondent,

*v.*

EYPPER & BECKMAN, appellant.

[Decided May 14th, 1928.]

On appeal from a decree of the court of chancery.

*Messrs. Mackay & Mackay,* for the respondent.

*Mr. Simon M. Seley,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *101 N. J. Eq. 403.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.   15.

*For reversal*—None.